**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re                                          )<br>  SALE, LLC                              )<br>  d/b/a AS GOOD AS IT GETS CAFE)<br>    Debtor                                    )<br>                                     )| Chapter 11, Subchapter V<br>Case No.: 23-10545-CJP |

**APPLICATION TO EMPLOY COUNSEL**

NOW COMES the debtor, Sale, LLC (hereinafter the "Debtors") and pursuant to 11 U.S.C. § 327, Fed. R. Bankr. P. 2014 and MLBR 2014-1, respectfully request that this Honorable Court authorize the employment of attorney Marques Lipton and his firm, Lipton Law Group, LLC (collectively "Attorney Lipton") to represent it in connection with the above-captioned Chapter 11 proceeding. In support of this application, the Debtor state the following:

1. On April 10, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V, of the United States Bankruptcy Code.

2. The Debtor requests authority to employ Attorney Lipton to represent it in connection with this Chapter 11 case.

3. The Debtor has selected Attorney Lipton as its counsel due to his extensive experience representing small business debtors in Chapter 11 cases and his knowledge of, and familiarity with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and Massachusetts Local Bankruptcy Rules.

4. The Debtor proposes to retain Attorney Lipton to render various legal services, including, without limitation, the following: (i) advising the Debtor with respect to its duties as debtors-in-possession; (ii) advising the Debtor with respect to any plan of reorganization and any other matters relevant to the formulation and negotiation of a plan of reorganization; (iii) representing the Debtors at all hearings in this matter; (iv) preparing all necessary and appropriate applications, motions, answers, proposed orders, reports, pleadings and other documents, and review all financial and other reports to be filed in the Chapter 11 proceeding; (v) reviewing and analyzing the nature and validity of any liens asserted against the Debtors' property; (vi) reviewing and analyzing claims against

the Debtor, the treatment of such claims and the preparation, filing or prosecution of any objections to claims; and (viii) performing all other legal services as may be necessary or appropriate during the course of the Debtors' bankruptcy proceeding.

5. The Debtor believes Attorney Lipton has the requisite experience and bankruptcy expertise to provide the services required by the Debtor.

6. The Debtor has agreed, subject to this Court's approve, to compensate Attorney Lipton at an hourly rate of $300 and further to reimburse him for all reasonable and necessary expenses incurred in furtherance in this matter and it is understood that all such fees are subject to approval of the Bankruptcy Court.

7. Prior to filing this Chapter 11 proceeding, the Debtor paid attorney Lipton the sum of $10,000 as a retainer for representation in this matter and an additional $1,717 as payment towards the Chapter 11 filing fee.

8. Attorney Lipton will seek approval for compensation based upon his normal and usual hourly billing rate and will seek reimbursement of actual necessary expenses incurred.

9. Attorney Lipton will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described above by category and nature of services rendered.

10. To the best of the Debtors' knowledge, Attorney Lipton has not, and does not, represent any interest adverse to the Debtor.

11. Attorney Lipton has no prior connections to the Debtor or any of its members, officers, employees or creditors.

12. Attorney Lipton is a disinterested person as that term is defined in the 11 U.S.C. §101(14).

13. The employment of Attorney Lipton is in the best interest of the Debtor.

WHEREFORE, the Debtor respectfully requests that this Court enter an order (a) authorizing the Debtor to employ Attorney Lipton as its counsel in this bankruptcy proceeding; and (b) granting such further relief as the Court deems appropriate under in the circumstances.

                                               Respectfully submitted
                                               Sale, LLC
                                               By its attorney,

Dated: April 11, 2023                                      */s/ Marques C. Lipton*
                                                                            Marques C. Lipton, BBO #676087
                                                                            Lipton Law Group, LLC
                                                                            945 Concord Street
                                                                            Framingham, MA 01701
                                                                            (508) 202-0681
                                                                            marques@liptonlg.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re )<br>  SALE, LLC )<br>  d/b/a AS GOOD AS IT GETS CAFE)<br>    Debtor )<br> )<br> ) | Chapter 11, Subchapter V<br>Case No.: 23-10545-CJP |

### CERTIFICATE OF SERVICE

I, Marques Lipton, hereby certify that I have this day served upon the following parties a true and correct copy of the Debtor's Application to Employ Counsel as follows:

**Via ECF**
John Fitzgerald, Esq., Office of the United States Trustee


**Via Email**
Abdurrahim Hmina

Dated: April 11, 2023                                 */s/ Marques C. Lipton*
                                                                    Marques C. Lipton