**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re )<br>  SALE, LLC )<br>  d/b/a AS GOOD AS IT GETS CAFE)<br>    Debtor )<br>)<br>) | Chapter 11, Subchapter V<br>Case No.: 23-10530-CJP |

**DEBTOR'S MOTION TO PAY PRE-PETITION WAGES AND**
**RELATED PAYROLL TAX OBLIGATION**

NOW COMES the Debtor, Sale, LLC d/b/a As Good as it Gets Cafe (the "Debtor") and respectfully moves for an order authorizing the Debtor to pay pre-petition wages due to its employees and payable as of April 14, 2023. In support of this Motion, the Debtor states the following:

1. On April 10, 2023 (the "Petition Date") the Debtor filed a voluntary petition for relief under Chapter 11, subchapter V of the United States Bankruptcy Code.

2. Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the Debtor is operating its business as a debtor-in-possession.

3. The Debtor has approximately 45 employees across its three locations in Acton, Norwood and Wilmington, Massachusetts.

4. The Debtor's payroll period runs on a Monday-Sunday basis, paid in arrears each Friday.

5. As of the Petition Date, the Debtor owes pre-petition wages for the pay-period of April, 3- April 9, 2023, which is due to be paid on April 14, 2023.

6. The Debtor's Norwood location has 13 employees, 10 of which are paid hourly and three of which receive a salary. The Norwood location's hourly employees' pay rates range from $6.75/hr for tipped employees up to $17.00/hr. for kitchen staff. The Norwood location's salaried manager and assistant manager earn $850 and $700 each week,

respectively. Nabila Mrabet Hmina, one of the Debtor's managers and an insider, serves as the general manger of all three of the Debtor's locations and receives a usual salary of $1,500 drawn on the Norwood location's payroll.

7. The Debtor seeks to pay total prepetition wages for the Norwood location of $10,665 on April 14, 2023 which includes all wages, credit card tips, applicable withholdings and employer payroll taxes.

8. The Debtor's Wilmington location has 22 hourly employees earning between $6.75/hr. for tipped employees up to $30/hr. for management. No insiders are paid from the Wilmington location's payroll. Abderrahim Hmina, the Debtor's other manager, receives a salary of $1,000/week from the Wilmington Location. Mr. Hmina works full time overseeing the Debtor's operations and will have primary responsibility for overseeing the Debtor's Chapter 11 case, working with counsel to ensure the Debtor's compliance with Chapter 11 requirements and formulating a plan of reorganization.

9. The Debtor seeks to pay total prepetition wages for the Wilmington location in the amount of $14,119 on April 14, 2023, which includes all wages, credit card tips, withholdings and employer payroll taxes.

10. The Debtor's Acton location has 10 total employees, nine of which are hourly and one of which is salary. The Acton location's hourly employees earn between $6.75/hr for tipped employees up to $22/hr for the lead cook. The Acton location's manager receives a salary of $900/wk. None of the Action location's employees are insiders of the Debtor.

11. The Debtor seeks to pay pre-petition wages for the Action location in the amount of $8,373 on April 14, 2023, which includes all wages, credit card tips, withholdings and employer payroll taxes.

12. In sum, the Debtor seeks to pay $33,157 when due on April 14, 2023 including all wages, salaries, credit card tips, associated tax withholdings and employer payroll taxes.

13. Each of the Debtor's employees' claims are priority claims pursuant to section 507(a)(4) of the Bankruptcy Code. No single employee of the Debtor holds a claim in excess of the $15,150 limit on priority wages claims.

14. The Debtor's payroll is handled by Paychex, Inc. which calculates the Debtor's withholding and distributes the net payment to the Debtor's employees, and appropriate withholding to the Internal Revenue Service and Massachusetts Department of Revenue and prepares and files the Debtor's employment tax returns. A copy of the redacted payroll journal shall be supplied upon request to the undersigned.

15. Payment of pre-petition wages is necessary for the continued operation of its business. The Debtor believes that many, if not most, of its employees will quit if they are not timely paid severely impairing the Debtor's ability to operate.

16. Further, failure to timely pay its employees may subject the Debtor to substantial liabilities under the Massachusetts Wage Act, including up to three times any amount unpaid plus attorneys fees.

17. The Debtor intends to pay it payroll from its existing cash on hand and revenues earned during the post-petition period beginning April 10, 2023.

18. The Debtor is seeking to pay its prepetition wages to avoid any unnecessary disruption to its business which may impair its effort to reorganize under the Bankruptcy Code.

19. Expedited consideration of this Motion is necessary to ensure the Debtor can timely meet its payroll obligations so as to retain the staffing necessary to continue its operations. As

    the Debtor's payroll is due to be paid on April 14, 2023, the Debtor requests an expedited hearing on or before such date

20. Upon the scheduling of an expedited hearing, the Debtor will serve a copy of this motion, and the hearing thereon upon all secured creditors, taxing authorities, the 20 largest unsecured creditors, the United States Trustee, and (if already appointed) the Subchapter V trustee.

WHEREFORE the Debtor respectfully requests that this Honorable Court enter an order:

    I.    Considering this Motion on an expedited motion and scheduling a hearing there on no later than April 14, 2023;

    II.    Authorizing the Debtor to pay pre-petition wages, tips withholdings and associated payroll taxes up to $33,157.00 for the period April 3-April 9, 2023 on April 14, 2023; and

    III.    Granting such further and additional relief as the Court deems necessary or appropriate.

Respectfully submitted,
Sale, LLC
By its attorney,

Dated: April 10, 2023

*/s/ Marques C. Lipton*
Marques C. Lipton, BBO #676087
Lipton Law Group, LLC
945 Concord Street
Framingham, MA 01701
(508) 202-0681
marques@liptonlg.com