

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  SALE, LLC,  Debtor | Ch. 11  23-10545-CJP |

## ORDER

**MATTER:**

#9 Emergency Motion filed by Debtor Sale, LLC to Pay Pre-petition wages and Related Payroll Tax Obligation.

THE REQUEST FOR EMERGENCY DETERMINATION OF THE DEBTOR'S MOTION TO PAY PRE-PETITION WAGES AND RELATED PAYROLL TAX OBLIGATION [DKT. NO. 9] (THE "WAGE MOTION") FILED BY THE DEBTOR, SALE, LLC (THE "DEBTOR"), IS GRANTED AS FOLLOWS.

A TELEPHONIC HEARING REGARDING THE WAGE MOTION IS SCHEDULED FOR WEDNESDAY, APRIL 12, 2023 AT 2:30 P.M. OBJECTIONS MAY BE MADE AT THE HEARING. TO PARTICIPATE IN THE HEARING, ATTENDEES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.

THE DEBTOR (I) SHALL PROVIDE NOTICE OF THE HEARING BY TELEPHONE, E-MAIL, OR FAX TO ALL SECURED CREDITORS, TAXING AUTHORITIES, THE UNITED STATES TRUSTEE, THE 20 LARGEST UNSECURED CREDITORS, THE SUBCHAPTER V TRUSTEE (IF APPOINTED IN ADVANCE OF THE HEARING), AND ANY OTHER PARTY THAT HAS FILED A NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND (II) SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT EVIDENCING SUCH NOTICE HAS BEEN PROVIDED.

Dated: 4/11/2023

By the Court,

Christopher J. Panos
United States Bankruptcy Judge