## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

In Re:

                                                   **Chapter 11**

Sale, LLC,                                        **Case No. 23-10545 CJP**

      Debtor.

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**David B. Madoff**
Madoff & Khoury LLP
124 Washington Street, Suite 202
Foxborough, MA   02035
PHONE: (508) 543-0040
EMAIL: madoff@mandkllp.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:  April 12, 2023                 William K. Harrington
                                                 United States Trustee
                                                 Region 1, Judicial Districts
                                                 Of Massachusetts, Rhode Island, Maine
                                                 and New Hampshire

                                    By:    */s/ Heather A. Sprague*
                                                 Heather A. Sprague BBO# 661541
                                                 United States Department of Justice
                                                 John W. McCormack Post Office & Courthouse
                                                 5 Post Office Square, 10th Floor, Suite 1000
                                                 Boston, MA   02109-3934
                                                 PHONE:     (617) 788-0404
                                                 FAX:           (617) 565-6368
                                                 Heather.Sprague@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In Re:** | |
| | **Chapter 11** |
| **Sale, LLC,** | **Case No. 23-10545 CJP** |
| **Debtor.** | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor;

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason;

(d) to the best of my knowledge, do not have any connections with the debtor, creditors, any other party-in-interest, or their respective attorneys and accountants; and

(e) to the extent that any information disclosed herein requires amendment or modification upon my completion of further analysis or as additional party-in-interest information becomes available to me, I will submit a supplemental Verified Statement to this Court.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $415, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to Fed. R. Bankr. P. 2008.

Dated:   April 12, 2023

David B. Madoff (552968)
MADOFF & KHOURY LLP
124 Washington Street
Foxboro, MA   02035
508-543-0040
madoff@mandkllp.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

**In Re:**

                                  **Chapter 11**

**Sale, LLC,**                              **Case No. 23-10545 CJP**

        **Debtor.**

## DECLARATION RE: ELECTRONIC FILING

     I, David B. Madoff, Trustee, *hereby declare under the penalty of perjury* that all of the information contained in my Verified Statement of Subchapter V Trustee (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *Declaration* is to be filed with the Clerk of the Court electronically, concurrently with the electronic filing of the Document. I understand that failure to file this *Declaration* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

     I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 12, 2023

                                                David B. Madoff (BBO #552968)
                                                Madoff & Khoury LLP
                                                124 Washington Street, Suite 202
                                                Foxborough, MA   02035
                                                (508) 543-0040
                                                madoff@mandkllp.com

# CERTIFICATE OF SERVICE FOR UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

I certify that on April 12, 2023, I caused a copy of the United States Trustee's Notice of Appointment of Subchapter V Trustee to be served by the Court's ECF system to all entities and interested parties that are registered users thereof in this case, and by first class mail, postage pre-paid, to the parties on the attached list.

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE,
REGION 1

By:     */s/ Heather A. Sprague*

**SEE ATTACHED MAILING MATRIX**

```
Label Matrix for local noticing         Sale, LLC                               Boston
0101-1                                  67 South Bedford Street, Suite 400W     U. S. Bankruptcy Court
Case 23-10545                           Burlington, MA 01803-5177               J.W. McCormack Post Office & Court House
District of Massachusetts                                                       5 Post Office Square, Suite 1150
Boston                                                                          Boston, MA 02109-3945
Wed Apr 12 13:24:11 EDT 2023

Abdurrahim Hmina                        Apex Funding Source                     Arrow Paper
79 Lexington Street                     3050 Biscayne blvd, suite 503           228  Andover Street
Burlington, MA 01803-4031               Miami, FL 33137-4153                    Wilmington, MA 01887-1022


Breakfast Club,  LLC                    Capital Asisst, LLC                     Capital Assist
77 Sadler Farm Lane                     243 Tesser Blvd 17th Floor              244 5th Avenue, Suite P297
Boxborough, MA 01719-2026               Stamford, CT 06901-3436                 New York, NY 10001-7604


Capital Assist, LLC                     David C. McBride, Esq.                  Ford Motor Credit
343 Sunny Idles Blvd.,Suite 503         19 Cherry Street                        Omaha Service Center
Miami Beach, FL 33154                   Danvers, MA 01923-2833                  P.O. Box 542000
                                                                                Omaha, NE 68154-8000


Forward Financing, LLC                  Fundkite                                Fundonatic
53 State Street, 20th Floor             88 Pine Street                          20200 W. Dixie Highway, Suite 908
Boston, MA 02109-3204                   17th Floor                              Miami, FL 33180-1926
                                        New York, NY 10005-1847


IFES                                    Internal Revenue Service                Interstate Food Equipment
43 Sharon Street                        P.O. Box  7346                          Cohn & Dussi, LLC
Malden, MA 02148-5900                   Philadelphia, PA 19101-7346             68 Harrison Avenue, Suite 502
                                                                                Boston, MA 02111-1929


Issac H. Greenfield, Esq.               Jacob Verstanding, esq.                 John McNamara, Esq.
2 Executive Blvd, Suite 305             Erhowsky Verstanding PLLC               Lane McNamara, LLP
Suffern, NY 10901-8219                  290 Central Avenue, Suite 109           Southborough, MA 01772
                                        Lawrence, NY 11559-8507


Joseph Kitteridge, Esq.                 KVA NAGOG, LLC                          Massachusetts Dept of Revenue
Rafannelli Kittredge, PC                396 Wellesley Street, #325              Bankruptcy Unit
1 Keefe Road                            Wellesley Hills, MA 02481-6816          P.O. Box 7090
Boxborough, MA 01720-5517                                                       Boston, MA 02204-7090


New England Air, Inc.                   Oleg Mestechkin, Esq.                   Performance Food Service
56 Leonard Street                       Mestechkin Law Group, P.C.              Corporate Credit Department
Foxboro, MA 02035-2939                  1733 Sheepshead Bary Road, Suite 29     La Crosse, WI 54601
                                        Brooklyn, NY 11235-3744


Revenued                                (c)SALEH SINJAB                         Swift Funding Source, Inc.
525 Washington Dlvd, Suite 2200         313 ARBORETUM WAY                       2474 McDonald Avenue
Jersey City, NJ 07310-2603              CANTON MA  02021-2729                   Brooklyn, NY 11223-5233
```

```
(p)TOYOTA MOTOR CREDIT CORPORATION      U.S. Foods                              Uptown Fund, LLC
PO BOX 8026                             100 Ledge Road                          211 Boulevard of the Americas
CEDAR RAPIDS IA 52408-8026              Seabrook, NH 03874-4322                 Lakewood, NJ 08701-4775


Yehuda Klien, Esq                       the Starbridge Group, LLC               John Fitzgerald
The Klien Law Firm, LLC                 67 South Bedford Street, Suite 400W     Office of the US Trustee
P.o box 714                             Burlington, MA 01803-5177               J.W. McCormack Post Office & Courthouse
Lakewood, NJ 08701-0714                                                         5 Post Office Sq., 10th Fl, Suite 1000
                                                                                Boston, MA 02109-3901


Marques C Lipton
Lipton Law Group
945 Concord Street
Framingham, MA 01701-4613
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197
```

                         Addresses marked (c) above for the following entity/entities were corrected
                              as required by the USPS Locatable Address Conversion System (LACS).

```
Saleh Sinjab
1 Arboretum Way, Apt 313
Canton, MA 02021
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Massachusetts Department Of Revenue  (u)Abderrahim Hmina                     (u)Bank of America




(u)Por-Shun, Inc.                       End of Label Matrix
16 Upon Drive                           Mailable recipients    36
MA 01877                                Bypassed recipients     4
                                        Total                  40
```