**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>SALE, LLC<br><br>        Debtor | Chapter 11<br>Case No. 23-10545-CJP |

**ORDER SETTING (A) STATUS CONFERENCE; (B) CLAIMS BAR DATE; (C) DEADLINE FOR ELECTION UNDER 11 U.S.C. § 1111(b); AND (D) OTHER DEADLINES**

In accordance with Subchapter V of Chapter 11 of Title 11 of the United States Code, the Court hereby **ORDERS** as follows:

1. The Court will convene a telephonic status conference on **June 1, 2023 at 1:00 p.m.** The debtor's attorney (or the debtor if pro se) and the case trustee must appear. To participate, attendees shall dial (877) 873−8018 and enter access code 1167883.

2. On or before **May 18, 2023**, which is 14 days prior to the date of the foregoing status conference, the debtor shall file the report required by 11 U.S.C. § 1188(c) and shall serve that report on the case trustee, the United States Trustee, and all other parties in interest.

3. On or before **July 10, 2023**, the debtor shall file and serve a plan. 11 U.S.C. § 1189(b). Such plan shall conform to the requirements of 11 U.S.C. §§ 1190 and 1191, along with the applicable provisions of 11 U.S.C. §§ 1123 and 1129. Concurrently with the filing of the plan, the debtor shall file a motion requesting that the Court schedule a hearing on confirmation of the plan and establish related deadlines.

4. Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b) shall do so **within 14 days after the Court enters an order setting a hearing on confirmation of a plan**. The

debtor shall provide notice of the 11 U.S.C. § 1111(b) election deadline in any notice it serves of the confirmation hearing date.

5. Except as provided in Fed. R. Bankr. P. 3003, creditors other than governmental units shall file proof of their claim or interest on or before **June 20, 2023**.   11 U.S.C. § 502(b)(9) shall govern the timing of the filing of proof of claims by governmental units.

Dated: April 14, 2023                                                                  By the Court,

                                                                                                  Christopher J. Panos
                                                                                                  United States Bankruptcy Judge