

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> SALE, LLC, <br>    Debtor | Ch. 11 <br> 23-10545-CJP |

## ORDER

**MATTER:**

#8 Application filed by Debtor Sale, LLC to Employ Marques Lipton as Counsel.

WITHIN SEVEN (7) DAYS OF THE DATE OF THIS ORDER, PROPOSED COUNSEL TO THE DEBTOR SHALL FILE A SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF THIS APPLICATION THAT COMPLIES FULLY WITH MLBR 2014-1(a), AS AMENDED BY STANDING ORDER 2020-06, FAILING WHICH THE APPLICATION MAY BE DENIED.

Dated: 4/14/2023

By the Court,

*/s/ Christopher J. Panos*

Christopher J. Panos
United States Bankruptcy Judge