## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SALE, LLC d/b/a <br> AS GOOD AS IT GETS CAFÉ, <br>     Debtor | ) <br> ) <br> )    Chapter 11, Subchapter V <br> )    Case No.: 23-10545-CJP <br> ) |

### EMERGENCY MOTION OF KVA NAGOG, LLC TO RESCHEDULE HEARING ON DEBTOR'S MOTION TO REJECT UNEXPIRED LEASE

Now comes KVA Nagog, LLC ("KVA"), an interested party, and respectfully moves this Honorable Court to reschedule the hearing date for the Debtor, Sale, LLC d/b/a As Good as It Gets Café, to Reject the Unexpired Lease from May 4, 2023 for a minimum of seven (7) calendar days. As reasons, therefore, KVA offers the following:

1. KVA is the landlord under the lease in question and is, therefore, an interested party.

2. The first notice of the bankruptcy or the motion was not received by KVA until May 2, 2023.

3. KVA notified its counsel on May 3, 2023.

4. Counsel for KVA has not had sufficient time to investigate this case in order to prepare any reply and or opposition to the motion.

WHEREFORE, KVA respectfully requests that the hearing on the Debtor's Motion to Reject the Unexpired Lease be rescheduled from May 4, 2023 for a minimum of seven (7) calendar days.

**KVA Nagog, LLC**
By its attorney,

/s/ John S. Davagian, II
John S. Davagian, II, Esq.
BBO# 114740
Davagian Grillo & Semple LLP
365 Boston Post Road, Ste. 200
Sudbury, MA 01776-3023
978-443-3773
jsdavagian@dgslawllp.com

Date:   May 3, 2023

## CERTIFICATE OF SERVICE

I, John S. Davagian, II, hereby certify that on May 3, 2023 a true copy of the foregoing document was filed electronically through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ John S. Davagian, II

John S. Davagian, II, Esq.
