

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>SALE, LLC,<br>    Debtor | Ch. 11<br>23-10545-CJP |

## ORDER

**MATTER:**

#39 Expedited Motion to Reject Commercial Property Lease With KVA NAGOG, LLC filed by Debtor Sale, LLC

No objection having been filed to the Debtor's *Expedited Motion to Reject Commercial Property Lease with KVA Nagog, LLC* [Dkt. No. 39] (the "Motion") by the deadline established in the order entered at Dkt. No. 44, for the reasons stated on the record at the hearing held on May 4, 2023, the Motion is GRANTED and the Debtor's lease agreement with KVA Nagog LLC, as more particularly described in the Motion, is deemed rejected, *nunc pro tunc,* effective as of April 30, 2023.

Dated: 5/12/2023

By the Court,

Christopher J. Panos
United States Bankruptcy Judge