**Fill in this information to identify the case:**

Debtor name  **Sale, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **23-10545**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑  Amended *Schedule*    A/B, D, E/F, G, H
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 17, 2023**    X **/s/ Abderrahim Hmina**
                                    Signature of individual signing on behalf of debtor

                                    **Abderrahim Hmina**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sale, LLC |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | **23-10545** |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Apex Funding Source ,LLC 3050 Biscayne blvd, suite 503 Miami, FL 33137** | | | | $73,762.00 | $0.00 | $73,762.00 |
| **Breakfast Club,  LLC 77 Sadler Farm Lane Boxborough, MA 01719** | | Capital loan | | | | $100,000.00 |
| **Capital Assist 244 5th Avenue, Suite P297 New York, NY 10001** | | | | $20,995.00 | $0.00 | $20,995.00 |
| **Eversource P.O. Box 56007 Boston, MA 02205** | | Utilities | | | | $21,654.00 |
| **Forward Financing, LLC 53 State Street, 20th Floor Boston, MA 02109** | | | | $205,537.00 | $0.00 | $205,537.00 |
| **Fundkite 88 Pine Street 17th Floor New York, NY 10005** | | Merchant Cash Advance | | $95,134.00 | $0.00 | $95,134.00 |
| **Fundonatic 20200 W. Dixie Highway, Suite 908 Miami, FL 33180** | | Cash and receivables | | $20,264.00 | $0.00 | $20,264.00 |
| **H&N c/o Heather McKay 100 Great Plain Avenue Needham, MA 02492** | | Capital Loan | | | | $100,000.00 |

Debtor **Sale, LLC**
_____    Case number *(if known)*    **23-10545**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Leo Gray** **77 Sadler Farm Road** **Boxborough, MA 01719** | | **Capital Loan** | | | | **$100,000.00** |
| **Massachusetts Dept of Revenue Bankruptcy Unit P.O. Box 7090 Boston, MA 02204** | | **All property of the debtor** | | **$300,203.00** | **$0.00** | **$300,203.00** |
| **Mutasmin Hassan Elganzoory Adrress unknown** | | **Capital Loan** | | | | **$300,000.00** |
| **Nasim Anwar Address Unknown** | | **Capital loans** | | | | **$200,000.00** |
| **National Grid P.O. box 960 Northborough, MA 01532** | | **Utilities** | | | | **$35,910.00** |
| **Por-Shun, Inc. 16 Upon Drive MA 01877** | | **product sold** | | | | **$16,000.00** |
| **Revenued 525 Washington Dlvd, Suite 2200 Jersey City, NJ 07310** | | **Business credit card** | | | | **$16,000.00** |
| **Saleh Sinjab 1 Arboretum Way, Apt 313 Canton, MA 02021** | | **Capital loan** | **Disputed** | | | **$217,000.00** |
| **Swift Funding Source, Inc. 2474 McDonald Avenue Brooklyn, NY 11223** | | **Merchant Cash Advance** | | **$53,264.80** | **$0.00** | **$53,264.80** |
| **U.S. Foods 100 Ledge Road Seabrook, NH 03874** | | | | **$53,000.00** | **$0.00** | **$53,000.00** |
| **Uptown Fund, LLC 211 Boulevard of the Americas Lakewood, NJ 08701** | info@uptownfund. com | **Merchant Cash Advance** | **Disputed** | **$51,705.14** | **$0.00** | **$51,705.14** |
| **Yui-Tin 15 Johnson Road Carlisle, MA 01741** | | **Capital loan** | | | | **$100,000.00** |

**Fill in this information to identify the case:**

Debtor name  **Sale, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)   **23-10545**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $    **174,969.12**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $    **174,969.12**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **873,864.94**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **1,242,672.17**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b       $    **2,116,537.11**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Sale, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **23-10545**

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Brookline Bank** | **Checking** | **0490** | $722.30 |
| 3.2. | **Brookline Bank** | **Checking** | **0466** | $1,126.43 |
| 3.3. | **Brookline Bank** | **Checking** | **0482** | $410.00 |
| 3.4. | **Brookline Bank** | **Checking** | **0474** | $210.39 |
| 3.5. | **Bank of America (4229)** | **Checking** | **4229** | $0.00 |
| 3.6. | **Bank of America** | **Checking** | **6920** | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

| Debtor | **Sale, LLC** | Case number *(If known)* **23-10545** |
|---|---|---|
| | Name | |

5. **Total of Part 1.**                                                                                    $2,469.12

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **Commercial rent security deposit given to KVA Nagog, LLC**                        $7,500.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                    $7,500.00

Add lines 7 through 8. Copy the total to line 81.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Perishable and non-perishable food items, beverages and food packaging materials, paper goods.** | | $0.00 | Liquidation | $10,000.00 |

| Debtor | **Sale, LLC** | Case number *(if known)* **23-10545** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Kitchen equipment, tables, chairs, restaurant supplies, pots, pans, utensils, POS system.** | | $0.00 | $75,000.00 |

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$85,000.00

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2017 Ford 250 Transit Van  120,0000** | $0.00 | **Liquidation** | $16,000.00 |
| 47.2.   **2017 Toyota Rav 4, 45,000 miles** | $0.00 | **Liquidation** | $19,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor  **Sale, LLC**                                                    Case number *(if known)*  **23-10545**
          Name

51. **Total of Part 8.**                                                         | $35,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Credit card receipts held pursuant to levy**                          $45,000.00

**Signage**                                                             **Unknown**

Debtor      **Sale, LLC**_____          Case number *(If known)*  **23-10545**
Name

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$45,000.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor     **Sale, LLC**                                               Case number *(If known)* **23-10545**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,469.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $85,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $45,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $174,969.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $174,969.12 |

**Fill in this information to identify the case:**

Debtor name   **Sale, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **23-10545**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Apex Funding Source ,LLC**<br>Creditor's Name<br><br>**3050 Biscayne blvd, suite 503**<br>**Miami, FL 33137**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/10/23**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br><br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,762.00 | $0.00 |
| **2.2 Capital Assist**<br>Creditor's Name<br><br>**244 5th Avenue, Suite P297**<br>**New York, NY 10001**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/7/23**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $20,995.00 | $0.00 |

Official Form 206D   **Schedule D: Creditors Who Have Claims Secured by Property**   page 1 of 6

| Debtor | Sale, LLC | | Case number *(if known)* | 23-10545 |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $0.00 | $16,000.00 |
|---|---|---|---|---|

Creditor's Name

**Omaha Service Center
P.O. Box 542000
Omaha, NE 68154**

Creditor's mailing address

**2017 Ford 250 Transit Van  120,0000**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Forward Financing, LLC** | Describe debtor's property that is subject to a lien | $205,537.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**53 State Street, 20th Floor
Boston, MA 02109**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**12/12/2022**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Fundkite** | Describe debtor's property that is subject to a lien | $95,134.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**88 Pine Street
17th Floor
New York, NY 10005**

Creditor's mailing address

**Merchant Cash Advance**

Describe the lien

Is the creditor an insider or related party?

☑ No

| Debtor | Sale, LLC | | Case number (if known) | 23-10545 |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**12/21/22**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Fundonatic** | | Describe debtor's property that is subject to a lien | $20,264.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | **Cash and receivables** | | |

**20200 W. Dixie Highway, Suite 908 Miami, FL 33180**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**2/15/2023**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Massachusetts Dept of Revenue** | | Describe debtor's property that is subject to a lien | $300,203.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | **All property of the debtor** | | |

**Bankruptcy Unit P.O. Box 7090 Boston, MA 02204**
Creditor's mailing address

**Describe the lien**
**Massachusetts Tax Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2/2020-9/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| Debtor | Sale, LLC | | Case number (if known) | 23-10545 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8 | **Swift Funding Source, Inc.** | Describe debtor's property that is subject to a lien | $53,264.80 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Merchant Cash Advance**

**2474 McDonald Avenue
Brooklyn, NY 11223**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1/30/23**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Toyota Financial Services** | Describe debtor's property that is subject to a lien | $0.00 | $19,000.00 |
|---|---|---|---|---|

Creditor's Name

**2017 Toyota Rav 4, 45,000 miles**

**P.O. Box 5855
Carol Stream, IL 60197**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **U.S. Foods** | Describe debtor's property that is subject to a lien | $53,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**100 Ledge Road
Seabrook, NH 03874**

Creditor's mailing address

**Describe the lien**
**UCC1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

---

| Debtor | Sale, LLC | Case number (if known) | 23-10545 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Uptown Fund, LLC** | Describe debtor's property that is subject to a lien | $51,705.14 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**211 Boulevard of the Americas**
**Lakewood, NJ 08701**

Creditor's mailing address

**Merchant Cash Advance**

**Describe the lien**

**info@uptownfund.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2/28/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $873,864.94 |
|---|---|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capital Asisst, LLC**<br>**243 Tesser Blvd 17th Floor**<br>**Stamford, CT 06901** | Line   **2.2** | |
| **Capital Assist, LLC**<br>**343 Sunny Idles Blvd.,Suite 503**<br>**Miami Beach, FL 33154** | Line   **2.2** | |
| **Issac H. Greenfield, Esq.**<br>**2 Executive Blvd, Suite 305**<br>**Suffern, NY 10901** | Line   **2.2** | |
| **Jacob Verstanding, esq.**<br>**Erhowsky Verstanding PLLC**<br>**290 Central Avenue, Suite 109**<br>**Lawrence, NY 11559** | Line   **2.8** | |
| **Oleg Mestechkin, Esq.**<br>**Mestechkin Law Group, P.C.**<br>**1733 Sheepshead Bary Road, Suite 29**<br>**Brooklyn, NY 11235** | Line   **2.5** | |

---

Debtor    **Sale, LLC**
Name

Case number (if known)    **23-10545**

**Yehuda Klien, Esq**
**The Klien Law Firm, LLC**
**P.o box 714**
**Lakewood, NJ 08701**

Line   **2.1**

**Fill in this information to identify the case:**

Debtor name __**Sale, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) __23-10545__

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | **Unknown** | **$0.00** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Arrow Paper**<br>**228 Andover Street**<br>**Wilmington, MA 01887**<br>Date(s) debt was incurred _<br>Last 4 digits of account number __6523__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Paper goods sold__<br><br>Is the claim subject to offset? ■ No ☐ Yes | | **$5,163.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __overdrawn business checking account__<br><br>Is the claim subject to offset? ■ No ☐ Yes | | **Unknown** |

| Debtor | Sale, LLC | Case number (if known) | 23-10545 |
|---|---|---|---|
| | Name | | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| **Breakfast Club, LLC**<br>**77 Sadler Farm Lane**<br>**Boxborough, MA 01719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Capital loan__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,020.00 |
|---|---|---|
| **CJF Excavation**<br>**9 Goldsmith Street**<br>**Littleton, MA 01460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Excavation srevices__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,654.00 |
|---|---|---|
| **Eversource**<br>**P.O. Box 56007**<br>**Boston, MA 02205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Utilities__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,561.00 |
|---|---|---|
| **George's Bakery**<br>**25 Hall Street**<br>**Boston, MA 02115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Products supplied__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| **H&N**<br>**c/o Heather McKay**<br>**100 Great Plain Avenue**<br>**Needham, MA 02492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Capital Loan__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,510.00 |
|---|---|---|
| **Interstate Food Equipment**<br>**Cohn & Dussi, LLC**<br>**68 Harrison Avenue, Suite 502**<br>**Boston, MA 02111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Materials supplied__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| **Leo Gray**<br>**77 Sadler Farm Road**<br>**Boxborough, MA 01719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Capital Loan__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Sale, LLC | Case number (if known) | 23-10545 |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**Mutasmin Hassan Elganzoory**
**Addrress unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Capital Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Nasim Anwar**
**Address Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Capital loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,910.00 |
|---|---|---|---|

**National Grid**
**P.O. box 960**
**Northborough, MA 01532**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,294.17 |
|---|---|---|---|

**New England Air, Inc.**
**56 Leonard Street**
**Foxboro, MA 02035**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,560.00 |
|---|---|---|---|

**New England Coffeew**
**100 Charles Street**
**Malden, MA 02148**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**Por-Shun, Inc.**
**16 Upon Drive**
** MA 01877**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **product sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**Revenued**
**525 Washington Dlvd, Suite 2200**
**Jersey City, NJ 07310**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sale, LLC | Case number (if known) | **23-10545** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217,000.00** |
|---|---|---|---|

**Saleh Sinjab**
**1 Arboretum Way, Apt 313**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Capital loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Yui-Tin**
**15 Johnson Road**
**Carlisle, MA 01741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Capital loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David C. McBride, Esq.** **19 Cherry Street** **Danvers, MA 01923** | Line **3.15** ☐ Not listed. Explain ____ | _ |
| 4.2 | **IFES** **43 Sharon Street** **Malden, MA 02148** | Line **3.8** ☐ Not listed. Explain ____ | _ |
| 4.3 | **John McNamara, Esq.** **Lane McNamara, LLP** **Southborough, MA 01772** | Line **3.17** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Joseph Kitteridge, Esq.** **Rafannelli Kittredge, PC** **1 Keefe Road** **Boxborough, MA 01719** | Line **3.3** ☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,242,672.17** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **1,242,672.17** |

**Fill in this information to identify the case:**

Debtor name   **Sale, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **23-10545**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease of unit in Naog Mall, Acton, MA 10 year term beginning Oct. 2020.** | |
| State the term remaining | **7 years** | |
| List the contract number of any government contract | | **KVA NAGOG, LLC 396 Wellesley Street, #325 Wellesley Hills, MA 02481** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease at # 1 Colonial Park Mall, Wilmington, MA.** | |
| State the term remaining | **End February 2027** | |
| List the contract number of any government contract | | **William J Maouzis and George Kamouzis Trustees of Globe Realty Trust Peabody, MA 01960** |

**Fill in this information to identify the case:**

Debtor name **Sale, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **23-10545**

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Abderrahim Hmina** | **79 Lexington Street Burlington, MA 01803** | **Apex Funding Source ,LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Abderrahim Hmina** | **79 Lexington Street Burlington, MA 01803** | **Capital Assist** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Abderrahim Hmina** | **79 Lexington Street Burlington, MA 01803** | **Forward Financing, LLC** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Abderrahim Hmina** | **79 Lexington Street Burlington, MA 01803** | **Uptown Fund, LLC** | ■ D __2.11__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Abdurrahim Hmina** | **79 Lexington Street Burlington, MA 01803** | **Breakfast Club,  LLC** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |

| Debtor | **Sale, LLC** | Case number *(if known)* | **23-10545** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Abdurrahim Hmina | 79 Lexington Street Burlington, MA 01803 | Fundkite | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.7 | Abdurrahim Hmina | 79 Lexington Street Burlington, MA 01803 | Fundonatic | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.8 | Abdurrahim Hmina | 79 Lexington Street Burlington, MA 01803 | Swift Funding Source, Inc. | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.9 | the Starbridge Group, LLC | 67 South Bedford Street, Suite 400W Burlington, MA 01803 | Saleh Sinjab | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.10 | Abdurrahim Hmina | 79 Lexington Street Burlington, MA 01803 | KVA NAGOG, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name     **Sale, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **23-10545**

■ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:     Income

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to Filing Date | ☐ Operating a business<br>■ Other  **Gross revenue from operations** | **$924,517.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Gross revenue from operations** | **$4,007,876.69** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  **Gross revenue from operations** | **$3,127,052.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Sale, LLC**                                    Case number *(if known)* **23-10545**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Uptown Fund, LLC**<br>**211 Boulevard of the Americas**<br>**Lakewood, NJ 08701** | **15 individual payments between 2/15/23 and 2/9/23** | **$16,712.91** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Forward Financing, LLC**<br>**53 State Street, 2oth Floor**<br>**Boston, MA 02109** | **62 individual payments between 12/14/22 and 3/27/23** | **$75,386.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Fundkite**<br>**88 Pine Street 17th Floor**<br>**New York, NY 10005** | **43 individual payments between 12/23/22 and 2/24/23** | **$41,307.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Swift Funding Source, Inc**<br>**2474 McDonald Avenue**<br>**Brooklyn, NY 11223** | **21 individual payments between 1/30/23 and 3/1/23** | **$29,834.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Apex Funding Source**<br>**3050 Biscayne Blvd, Suite 503**<br>**Miami, FL 33137** | **32 individual payments between 1/11/2023 and 2/24/2023** | **$29,696.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Sale, LLC**                                                      Case number *(if known)*  **23-10545**

---

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **A Breakfast Club, LLC v. Sale, LLC** 2381CV290 | **breach of contract** | **Middlesex Superior Court 200 Trade Center Woburn, MA 01801** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Saleh Sinjab v. Sale, LLC, et al** 2281CV2810 | **Breach of contract** | **Middlesex Superior Court 200 Trade Center Woburn, MA 01801** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Swift Funding Source, Inc.  v. Sale, LLC et al** E202303061282 | **breach of contract** | **Monroe County Supreme Court 99 Exhcnage Blvd #545 Rochester, NY 14614** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Apex Funding Source, LLC v. Sale, LLC, et al** 506407/2023 | **Breach of contract** | **Kings County Supreme Court 360 Adams Street Brooklyn, NY 11201** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Capital Assist, LLC** 506689/2023 | **Breach of Contract** | **Kings County Supreme Court 360 Adams Street Brooklyn, NY 11201** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.6. | **AFK, Inc. d/b/a Fundkite v. Sale, LLC et al** 651349/2023 | **Breach of Contract** | **New York County Supreme Court 60 Centre Street New York, NY 10007** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.7. | **Por-shun, Inc. v. Sale, LLC et al** 2253CV000344 | **Breach of contract** | **Woburn District Court 30 Pleasant Street Woburn, MA 01801** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

---

| Debtor | Sale, LLC | | | Case number *(if known)* | 23-10545 |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lipton Law Group**<br>**945 Concord Street**<br>**Framingham, MA 01701** | | **4/3/23,**<br>**4/10/23,**<br>**4/17/23,**<br>**4/24/23** | **$10,000.00** |
| | **Email or website address**<br>**marques@liptonlg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Sale, LLC | Case number *(if known)* 23-10545 |
|---|---|---|

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Sale, LLC | Case number *(if known)* 23-10545 |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

| Debtor | Sale, LLC | | Case number *(if known)* | **23-10545** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Dawn M. Kay**<br>P.O. Box 370<br>Tyngsboro, MA 01879 | -2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Abdul Hmina** | **79 Lexington Street**<br>**Burlington, MA 01803** | **Manager** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nabila Hmina** | **79 Lexington Street**<br>**Burlington, MA 01803** | **Manager** | **50%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Sale, LLC**                                                   Case number *(if known)*  **23-10545**

---

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Nbila Hmina**<br>**79 Lexington Street**<br>**Burlington, MA 01803** | **Full time management duties operating three restaurans** | **Weekly payroll of $3,000** | **Regular salary** |
| | Relationship to debtor<br>**Co-Manager** | | | |
| 30.2. | **Abdurrahim Hmina**<br>**79 Lexington Street**<br>**Burlington, MA 01803** | **$21,816** | **Jan, Feb, March, April 2023 ($5,454 each)** | **Compensatoin for services.** |
| | Relationship to debtor<br>**Co-Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**May 17, 2023**__

__**/s/ Abderrahim Hmina**__                              **Abderrahim Hmina**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Massachusetts**

In re **Sale, LLC** _____  Case No. __**23-10545**__

_____Debtor(s)  Chapter __**11**__

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:  __**May 17, 2023**_____     __**/s/ Abderrahim Hmina**_____

                                                                **Abderrahim Hmina**/**President**
                                                                Signer/Title

Abdurrahim Hmina
79 Lexington Street
Burlington, MA 01803

Apex Funding Source ,LLC
3050 Biscayne blvd, suite 503
Miami, FL 33137

Arrow Paper
228 Andover Street
Wilmington, MA 01887

Bank of America
100 North Tryon Street
Charlotte, NC 28255

Breakfast Club,  LLC
77 Sadler Farm Lane
Boxborough, MA 01719

Capital Asisst, LLC
243 Tesser Blvd 17th Floor
Stamford, CT 06901

Capital Assist
244 5th Avenue, Suite P297
New York, NY 10001

Capital Assist, LLC
343 Sunny Idles Blvd.,Suite 503
Miami Beach, FL 33154

CJF Excavation
9 Goldsmith Street
Littleton, MA 01460

David C. McBride, Esq.
19 Cherry Street
Danvers, MA 01923

Eversource
P.O. Box 56007
Boston, MA 02205

Ford Motor Credit
Omaha Service Center
P.O. Box 542000
Omaha, NE 68154

Forward Financing, LLC
 53 State Street, 20th Floor
Boston, MA 02109

Fundkite
88 Pine Street
17th Floor
New York, NY 10005

Fundonatic
20200 W. Dixie Highway, Suite 908
Miami, FL 33180

George's Bakery
25 Hall Street
Boston, MA 02115

H&N
c/o Heather McKay
100 Great Plain Avenue
Needham, MA 02492

IFES
43 Sharon Street
Malden, MA 02148

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Interstate Food Equipment
Cohn & Dussi, LLC
68 Harrison Avenue, Suite 502
Boston, MA 02111

Issac H. Greenfield, Esq.
2 Executive Blvd, Suite 305
Suffern, NY 10901

Jacob Verstanding, esq.
Erhowsky Verstanding PLLC
290 Central Avenue, Suite 109
Lawrence, NY 11559

John McNamara, Esq.
Lane McNamara, LLP
Southborough, MA 01772

Joseph Kitteridge, Esq.
Rafannelli Kittredge, PC
1 Keefe Road
Boxborough, MA 01719

KVA NAGOG, LLC
396 Wellesley Street, #325
Wellesley Hills, MA 02481

Leo Gray
77 Sadler Farm Road
Boxborough, MA 01719

Massachusetts Dept of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

National Grid
P.O. box 960
Northborough, MA 01532

New England Air, Inc.
56 Leonard Street
Foxboro, MA 02035

New England Coffewe
100 Charles Street
Malden, MA 02148

Oleg Mestechkin, Esq.
Mestechkin Law Group, P.C.
1733 Sheepshead Bary Road, Suite 29
Brooklyn, NY 11235

Por-Shun, Inc.
16 Upon Drive
MA 01877

Revenued
525 Washington Dlvd, Suite 2200
Jersey City, NJ 07310

Saleh Sinjab
1 Arboretum Way, Apt 313
Canton, MA 02021

Swift Funding Source, Inc.
2474 McDonald Avenue
Brooklyn, NY 11223

the Starbridge Group, LLC
67 South Bedford Street, Suite 400W
Burlington, MA 01803

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197

U.S. Foods
100 Ledge Road
Seabrook, NH 03874

Uptown Fund, LLC
211 Boulevard of the Americas
Lakewood, NJ 08701

William J Maouzis and George Kamouzis
Trustees of Globe Realty Trust
Peabody, MA 01960

Yehuda Klien, Esq
The Klien Law Firm, LLC
P.o box 714
Lakewood, NJ 08701

Yui-Tin
15 Johnson Road
Carlisle, MA 01741