**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>SALE, LLC<br>d/b/a AS GOOD AS IT GETS CAFÉ,<br>Debtor. | Chapter 11, Subchapter V<br>Case No. 23-10545-CJP |

**ORDER APPROVING FORM OF BALLOT, SETTING PLAN CONFIRMATION HEARING, AND ESTABLISHING DEADLINES FOR (I) FILING OBJECTIONS TO CONFIRMATION, (II) VOTING TO ACCEPT OR REJECT THE PLAN, (III) FILING APPLICATIONS FOR PAYMENT OF ADMINISTRATIVE EXPENSES AND OBJECTIONS THERETO, (IV) FILING ESTIMATED FEES BY PROFESSIONALS, (V) MAKING § 1111(B) ELECTION, AND (VI) PROVIDING NOTICE OF THE FOREGOING**

This matter came before the Court on the *Motion for Order Setting Plan Confirmation Hearing, Setting Objection Deadline, Approving Form of Ballot and Setting Deadline for Voting to Accept or Reject the Plan* (the "Motion") in connection with the *Plan of Reorganization of Sale, LLC* (the "Plan") filed by Subchapter V Debtor Sale, LLC (the "Debtor"); and the Motion having been filed with this Court and served on all parties in interest; and good cause appearing to grant the Motion and move forward toward confirmation of the Plan; it is hereby ORDERED that:

1. **Confirmation Hearing.** The hearing on confirmation of the Plan and any objections to confirmation will be held on **October 19, 2023 at 10:30 a.m.** before the Honorable Christopher J. Panos, United States Bankruptcy Court (the "Confirmation Hearing"). The Confirmation Hearing is scheduled as an in person hearing in Courtroom 3, 12th Floor, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts 02109, with an option to appear by Zoom video. The Court shall enter a further notice of hybrid hearing informing participants on how to elect to appear by either Zoom video or in person. The Confirmation Hearing may be continued from time to time by the Court without further notice.

2. **Objections to Confirmation.** Objections to confirmation of the Plan must be in writing, must state with particularity the grounds for such objection, and must be filed with this Court on or before **October 6, 2023 at 4:30 p.m.** (the "Confirmation Objection Deadline"). A copy of each such objection must also be served so that it is received prior to the Confirmation Objection Deadline on: (i) the United States Trustee; (ii) Marques C. Lipton (Counsel to the Debtor); and (iii) David B. Madoff (Subchapter V Trustee) (the "Notice Parties"). Objections to confirmation of the Plan not filed and served as set forth herein shall be barred and deemed waived forever. Any party objecting to the confirmation will be required to be present at the Confirmation Hearing.

3. **Ballots. October 6, 2023** is established as deadline for casting a Ballot accepting or rejecting the Plan. The approved form of Ballot is attached to this Order. In order for a Ballot to be counted, the duly executed original Ballot must be received at the following address no later than **4:30 p.m. on October 6, 2023**:

Marques C. Lipton
Lipton Law Group, LLC
945 Concord Street
Framingham, MA 01701

Any Ballot which is received after such deadline shall be disregarded, absent further order of this Court. Unless otherwise agreed to, submission of ballots by telefacsimile, or by any means not including an original authorized signature, is prohibited.

4. **Administrative Expense Claims.** A Claim entitled to priority under 11 U.S.C. § 503(b), except for Claims of Professionals Persons, shall be forever barred unless it is made the subject an application for allowance of administrative expenses (an "Administrative Expense Application") filed with the Court and served on Debtor's counsel on or before **11:59 p.m. on September 22, 2023** (the "Administrative Claim Bar Date"). A hearing on the allowance of any such Administrative Expense Application shall be conducted on the date and time scheduled for the Confirmation Hearing set forth above.

5. **Objections to Administrative Expense Claims.** In order to be considered, any objections to an Administrative Expense Application must be filed with the Court on or before **11:59 p.m. on October 16, 2023**. Any person who has filed an objection to an Administrative Expense Application will be required to be present at the hearing regarding such Administrative Expense Application.

6. **Fee Applications.** All Administrative Claims of Professional Persons relating to fees and expenses incurred during the Debtor's reorganization case shall be made the subject of an application for allowance of fees and reimbursement of expenses (a "Fee Application"). All Fee Applications shall be filed with the Court and served on Debtor's counsel on or before **11:59 p.m. on September 22, 2023** (the "Fee Application Bar Date"). A hearing on the allowance of any such Fee Application shall be conducted on the date and time scheduled for the Confirmation Hearing set forth above. To the extent that any Professional Person intends to seek fees for the period after the date covered by the Fee Application, such Professional Person may file a Supplemental Fee Application within 14 days after the Effective Date, covering such additional period. Alternatively, such Fee Application may include a request for payment of anticipated fees and expenses through the Effective Date of the Plan to the extent such fees and expenses can be reasonably determined.

7. **Fee Application Objections.** In order to be considered, any objections to a Fee Application must be filed with the Court and served on Debtor's counsel on or before **11:59 p.m. on October 16, 2023**. Any person who has filed an objection to a Fee Application will be required to be present at the hearing regarding such Fee Application.

8. **Certificate of Votes, Affidavit in Support of Confirmation, and Proposed Order.** By **11:59 p.m. on October 17, 2023**, the Debtor shall file: (a) a Certificate of Votes reflecting the acceptances and rejections of the Plan; (b) an Affidavit in Support of Confirmation of the Plan setting forth the Debtor's evidence in support of the requirements for confirmation of the Plan; and (c) a proposed confirmation order. The Debtor shall serve the foregoing on the other Notice Parties and all parties having filed an appearance in the case. The

Debtor shall also submit the proposed confirmation order in Word format by email to **cjp@mab.uscourts.gov**. Unless otherwise ordered by the Court, the Confirmation Hearing will be an evidentiary hearing. Affiants must be present at the Confirmation Hearing and be available for examination, failing which their affidavits may be stricken.

9. **Section 1111(b) Election.** Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b) shall do so on or before **August 24, 2023 at 11:59 p.m.**

10. **Service of Order, Plan, and Ballot.** The Debtor shall, on or before **August 14, 2023 at 11:59 p.m.**: (a) serve a copy of this Order, together with a copy of the Plan and a Ballot, on the Notice Parties, all creditors, and all parties having filed an appearance in the case; and (b) file a certificate of service with respect to such service.

Dated this 10th day of August, 2023.

_____
Christopher J. Panos
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re ) <br>   SALE, LLC ) <br>   d/b/a AS GOOD AS IT GETS CAFÉ ) <br>     Debtor ) <br> ) <br> ) | Chapter 11, Subchapter V <br> Case No.: 23-10545-CJP |

**BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN OF REORGANIZATION FOR SMALL BUSINESS DEBTOR**

    The undersigned creditor of Sale, LLC holding a Claim, as of April 10, 2023, in the amount of $_____ hereby:

_____ACCEPTS THE DEBTORS' PLAN OF REORGANIZATION

_____ REJECTS THE DEBTORS' PLAN OF REORGANIZATION

PLEASE PROVIDE THE INFORMATION BELOW:

_____
Creditor Name

_____
Address

_____
Authorized Signature

_____
Telephone Number

    TO HAVE YOUR VOTE COUNT, YOU MUST SIGN AND RETURN THIS BALLOT ON OR BEFORE OCTOBER 6, 2023 BY 4:30 P.M TO:

Marques C. Lipton
Lipton Law Group, LLC
945 Concord Street
Framingham, MA 01701