## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| SALE, LLC ) | |
| d/b/a AS GOOD AS IT GETS CAFÉ ) | |
|     Debtor ) | Chapter 11, Subchapter V |
| ) | Case No.: 23-10545-CJP |
| ) | |

### ORDER AUTHORIZING DEBTOR'S CONTINUED USE OF CASH COLLATERAL

This matter came before the Court on the motion of the debtor, Sale, LLC (the "Debtor") for an order authorizing the Debtor's use of cash collateral (the "Cash Collateral Motion"); an emergency preliminary hearing having been held on the Cash Collateral Motion and an interim order having entered after the emergency hearing, *see* Interim Order [Dkt. No. 22], and further hearings having been held on May 11, 2023, June 1, 2023 and July 26, 2023 (the "Hearings"); the Massachusetts Department of Revenue ("MDOR") having filed an objection to the further use of case collateral [Dkt. No. 76] (the "Objection"), which was resolved as described herein, and no other objections having been filed and it appearing that there is good cause for the entry of this Order, the Court hereby:

**FINDS AS FOLLOWS:**

A. On April 10, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11, Subchapter V of the United States Bankruptcy Code.

B. The Debtor continues to operate its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

C. Due and adequate notice of the Cash Collateral Motion and the Hearing has been given as reflected in the certificates of service filed with the Court and no further notice is required before the entry of the relief provided in this Order:

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Cash Collateral Motion is granted as set forth herein.
2. The Debtor is authorized to use cash collateral for the purposes described in the Cash Collateral Motion and reflected in the budget attached to this Order as Exhibit A (the "Budget") in the operation of its business pending further order of the Court.
3. For the purposes of Sections 361 and 363(e) of the Code and as adequate protection for any diminution in the value of their collateral resulting from the Debtor's use thereof in

the operation of its business during the post-petition period, parties holding a secured interest in the Debtor's assets are hereby granted replacement liens to the same extent, priority, and perfection, and only to the extent unavoidable, that such parties would have had in the absence of the bankruptcy filing.

4. On or before the 30th day of each month in which this Order remains in effect, the Debtor shall make an adequate protection payment to the MDOR in the amount of $5,400, in addition to its replacement lien.

5. The Debtor shall timely file and fully pay all post-petition taxes as and when they come due.  In addition, the Debtor shall comply with the payment schedule to cure its post-petition meals taxes set forth in paragraphs 6 and 7 of the Debtor's response [Dkt. No. 77] filed to the MDOR's Objection in resolution of the Objection.

6. The Debtor shall contemporaneously provide the MDOR with copies of its filings with the Office of the United States trustee, including its Monthly Operating Reports and bank account reconciliations, by emailing the same to MDOR counsel.

7. This order is without prejudice to: (a) any subsequent request by a secured party for adequate protection or restrictions on use of cash collateral; or (b) any party to seek any other right or remedy or raise any argument which may be available to a party.

8. A further telephonic hearing on the Cash Collateral Motion and the Debtor's continued use of cash collateral shall be held on **October 19, 2023 at 10:30 a.m.** (the "Continued Hearing"). The Continued Hearing is scheduled as an in person hearing in Courtroom 3, 12th Floor, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts 02109, with an option to appear by Zoom video.  The Court shall enter a further notice of hybrid hearing informing participants on how to elect to appear by either Zoom video or in person.

9. The Debtor shall file a budget-to-actual report by the 14th day of each month in which this Order remains in effect comparing the Debtor's use of cash collateral in the preceding month to the prior projections and explaining any deviations therefrom.

10. On or before **October 12, 2023 at 11:59 p.m.**, the Debtor shall file as attachments to a notice of supplement to the Cash Collateral Motion, (i) a further updated budget; (ii) an aggregated reconciliation statement of its budget-to-actual receipts and disbursements and the variance of the actual results from those projected in the Budget, and (iii) a revised form of order regarding the continued use of cash

collateral, as a well as a redline comparison of the proposed form of order to this Order.

11. Any objections to the Debtor's continued use of cash collateral shall be filed no later than **October 17, 2023 at 11:59 p.m.** and served upon the Debtor's Counsel, the United States Trustee, the Subchapter V Trustee and any other parties in interest.

12. The Debtor shall serve a copy of the Order on the United States Trustee, the Subchapter V Trustee, all secured creditors, and all other interested parties and shall file a certificate of service with the Court on or before **August 14, 2023**.

13. To the extent the Debtor provides notice of the Continued Hearing and timely files the supplemental documents in accordance with this Interim Order and no objections are filed, the Court may authorize the further use of cash collateral without the necessity of the Continued Hearing.

Entered this 10th day of August, 2023

_____
Christopher J. Panos
United States Bankruptcy Judge

**Sale, LLC- 23-10545-CJP**

**Financial Projections for July 1, 2023-October 2023**

| | 23-Jul | 23-Aug | 23-Sep | 23-Oct | Total |
|---|---|---|---|---|---|
| **Beginning Cash on Hand** | $ 27,290.00 | $ 31,128.16 | $ 39,457.16 | $ 50,704.16 | |
| **Income** | | | | | |
|   4000 Revenue | | | | | |
|     4100 Food & Beverage Sales | $ 245,000.00 | $ 135,000.00 | $ 136,000.00 | $ 132,000.00 | $ 648,000.00 |
|   Total 4000 Revenue | $ 245,000.00 | $ 135,000.00 | $ 136,000.00 | $ 132,000.00 | $ 648,000.00 |
| **Total Income** | $ 245,000.00 | $ 135,000.00 | $ 136,000.00 | $ 132,000.00 | $ 648,000.00 |
| **Cost of Goods Sold** | | | | | |
|   5000 Food & Beverage Purchases | | | | | |
|     5200 Food Purchases | $ 85,000.00 | $ 40,500.00 | $ 40,500.00 | $ 39,000.00 | $ 205,000.00 |
|   Total 5000 Food & Beverage Purchases | $ 85,000.00 | $ 40,500.00 | $ 40,500.00 | $ 39,000.00 | $ 205,000.00 |
| **Total Cost of Goods Sold** | $ 85,000.00 | $ 40,500.00 | $ 40,500.00 | $ 39,000.00 | $ 205,000.00 |
| **Gross Profit** | $ 160,000.00 | $ 94,500.00 | $ 95,500.00 | $ 93,000.00 | $ 443,000.00 |
| **Expenses** | | | | | |
|   6000 Salaries & Wages | $ 90,000.00 | $ 56,000.00 | $ 54,000.00 | $ 53,500.00 | $ 253,500.00 |
|   **Total 6000 Salaries & Wages** | $ 90,000.00 | $ 56,000.00 | $ 54,000.00 | $ 53,500.00 | $ 253,500.00 |
|   6700 Payroll Tax & Benefits | | | | | |
|     6725 FICA Tax | | | | | |
|       67251 Social Security | $ 6,200.00 | $ 2,728.00 | $ 3,348.00 | $ 3,317.00 | $ 15,593.00 |
|       67252 Medicare | $ 1,305.00 | $ 812.00 | $ 783.00 | $ 775.75 | $ 3,675.75 |
|     Total 6725 FICA Tax | $ 7,505.00 | $ 3,540.00 | $ 4,131.00 | $ 4,092.75 | $ 19,268.75 |
|     6740 MA EE PFL OML Employees | $ 223.74 | $ 200.00 | $ 180.00 | $ 175.00 | $ 778.74 |
|     6780 Fed Unemploy | $ 72.04 | $ 140.00 | $ 130.00 | $ 125.00 | $ 467.04 |
|     6785 Ma Unemploy | $ 958.49 | $ 1,500.00 | $ 1,400.00 | $ 1,375.00 | $ 5,233.49 |
|     6790 MA Work Tran | $ 19.71 | $ 25.00 | $ 25.00 | $ 25.00 | $ 94.71 |
|     6850 Workers Comp Insurance | $ 216.84 | $ 300.00 | $ 275.00 | $ 275.00 | $ 1,066.84 |
|   **Total 6700 Payroll Tax & Benefits** | $ 8,995.82 | $ 5,705.00 | $ 6,141.00 | $ 6,067.75 | $ 26,909.57 |
|   7000 Direct Operating Expenses | | | | | |
|     7030 Gas (Automobile) | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 600.00 |
|     7025 Cleaning Supplies | $ 300.00 | $ 60.00 | $ 60.00 | $ 60.00 | $ 480.00 |
|     7050 Equipment Rentals | $ 1,909.19 | $ 623.00 | $ 623.00 | $ 623.00 | $ 3,778.19 |
|     7075 Restaurant Supplies | $ 200.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 260.00 |
|     7150 Knife Sharpening | $ 116.00 | $ 60.00 | $ 60.00 | $ 60.00 | $ 296.00 |
|     7175 Paper & Plastic | $ 2,200.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 7,300.00 |
|     7200 Pest Control | $ 227.00 | $ 95.00 | $ 95.00 | $ 95.00 | $ 512.00 |
|     7225 Trash Removal | $ 813.21 | $ 481.00 | $ 481.00 | $ 481.00 | $ 2,256.21 |
|     7250 Smallwares | $ 200.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 350.00 |
|     7325 Linens & Laundry | $ 692.94 | $ 400.00 | $ 400.00 | $ 400.00 | $ 1,892.94 |
|     7375 Flowers & Decorations | $ - | $ - | $ - | | $ - |
|     7385 Equipment / Furniture | $ - | $ - | $ - | | $ - |
|     7400 Auto Expenses | $ 1,171.00 | $ 1,171.00 | $ 1,171.00 | $ 1,171.00 | $ 4,684.00 |
|     7480 Newspapers | $ 50.00 | $ 15.00 | $ 15.00 | $ 15.00 | $ 95.00 |
|     7425 Permits & Licenses | $ - | $ - | $ - | $ - | $ - |
|     7485 Staff Entertainment | $ - | $ - | $ - | $ - | $ - |
|   **Total 7000 Direct Operating Expenses** | $ 8,029.34 | $ 4,825.00 | $ 4,825.00 | $ 4,825.00 | $ 22,504.34 |
|   7500 Discounted food | | | | | |
|     7510 Employee Meals | $ 1,700.00 | $ 750.00 | $ 700.00 | $ 650.00 | $ 3,800.00 |
|     7515 Employee Discount | $ 30.00 | $ 70.00 | $ 70.00 | $ 65.00 | $ 235.00 |
|     7520 Gift Card Comp | $ 40.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 100.00 |
|     7525 Food Waste/Loss | $ 230.75 | $ 20.00 | $ 20.00 | $ 20.00 | $ 290.75 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| **7530 $ Comp** | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 80.00 |
| **7535 Item Comp** | $ 20.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 50.00 |
| **7540 Kid Coloring** | $ 48.00 | $ 48.00 | $ 24.00 | $ 24.00 | $ 144.00 |
| **7545 Senior VIP Card** | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 800.00 |
| **7550 MGR Comp** | $ 350.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 410.00 |
| **7555 % Comp** | $ - | $ - | $ - | $ - | $ - |
| **7560 Promo $5** | $ - | $ - | $ - | $ - | $ - |
| **7575 Customer Discounts** | $ 20.00 | $ - | $ - | $ - | $ 20.00 |
| **Total 7500 Discounted food** | **$ 2,658.75** | **$ 1,158.00** | **$ 1,084.00** | **$ 1,029.00** | **$ 5,929.75** |
| **7800 Marketing Expenses** | | | | | |
| **7990 Website** | $ - | $ - | $ - | | |
| **7875 Public Relations & Publicity** | $ 360.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 990.00 |
| **Total 7800 Marketing Expenses** | **$ 360.00** | **$ 210.00** | **$ 210.00** | **$ 210.00** | **$ 990.00** |
| **8200 Utilties** | | | | | |
| **8225 Electricity** | $ 6,000.00 | $ 2,000.00 | $ 1,900.00 | $ 1,900.00 | $ 11,800.00 |
| **8250 Gas** | $ 5,000.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 6,950.00 |
| **8275 Water** | $ 500.00 | $ - | $ - | | |
| **8280 Telephone/Internet/Cable** | $ 1,250.00 | $ 455.00 | $ 455.00 | $ 455.00 | $ 2,615.00 |
| **Total 8200 Utilties** | **$ 12,750.00** | **$ 3,105.00** | **$ 3,005.00** | **$ 3,005.00** | **$ 21,865.00** |
| **8300 Occupancy Expense** | | | | | |
| **8325 Rent** | $ 15,111.00 | $ 4,059.00 | $ 4,059.00 | $ 4,059.00 | $ 27,288.00 |
| **8425 Personal Property Tax** | $ 155.61 | $ 85.00 | $ - | $ - | $ 240.61 |
| **Total 8300 Occupancy Expense** | **$ 15,266.61** | **$ 4,144.00** | **$ 4,059.00** | **$ 4,059.00** | **$ 27,528.61** |
| **8500 Repairs & Maintenance** | | | | | |
| **8520 Repairs-Supplies/Tools** | $ 100.00 | $ 40.00 | $ 40.00 | $ 40.00 | $ 220.00 |
| **8525 Repairs-Kitchen Equipment** | $ 300.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 600.00 |
| **8550 Repairs-Mechanical Systems** | $ - | $ 100.00 | $ 100.00 | $ 100.00 | $ 300.00 |
| **8555 Repairs & Maintenance - Plumbing** | $ 350.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 725.00 |
| **8575 Plowing** | $ - | $ - | $ - | | $ - |
| **Total 8500 Repairs & Maintenance** | **$ 750.00** | **$ 365.00** | **$ 365.00** | **$ 365.00** | **$ 1,845.00** |
| **9000 Admin & General Expenses** | | | | | $ - |
| **9020 DoorDash Fees** | $ 3,282.68 | $ - | $ - | $ - | $ 3,282.68 |
| **9025 Bank Fees** | $ 184.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 334.00 |
| **9030 ChowNow Fees** | $ 1,100.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 2,600.00 |
| **9076 Payroll Service Fees1** | $ 960.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 2,460.00 |
| **9100 Credit Card Fees** | | | $ - | $ - | $ - |
| **9125 AMEX Discount** | $ 450.82 | $ 220.00 | $ 225.00 | $ 225.00 | $ 1,120.82 |
| **9150 MC/Visa Discount** | $ 4,795.82 | $ 3,400.00 | $ 3,300.00 | $ 3,300.00 | $ 14,795.82 |
| **Total 9100 Credit Card Fees** | $ 10,773.32 | $ 4,670.00 | $ 5,064.00 | $ 4,575.00 | $ 25,082.32 |
| **9225 Office Supplies** | $ 200.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 500.00 |
| **9040 Memberships & Subscriptions** | $ 978.00 | $ 489.00 | $ - | $ - | $ 1,467.00 |
| **Total 9000 Admin & General Expenses** | **$ 11,951.32** | **$ 5,259.00** | **$ 5,164.00** | **$ 4,675.00** | **$ 27,049.32** |
| **9400 Insurance** | | | | | |
| **9450 Insurance - business** | $ 1,372.00 | $ 637.00 | $ 637.00 | $ 637.00 | $ 3,283.00 |
| **9475 Insurance - auto** | $ 907.00 | $ 904.00 | $ 904.00 | $ 904.00 | $ 3,619.00 |
| **Total 9400 Insurance** | **$ 2,279.00** | **$ 1,541.00** | **$ 1,541.00** | **$ 1,541.00** | **$ 6,902.00** |
| **Total Expenses** | **$ 150,761.84** | **$ 80,771.00** | **$ 78,853.00** | **$ 77,735.75** | **$ 388,121.59** |
| **Net Operating Income** | **$ 9,238.16** | **$ 13,729.00** | **$ 16,647.00** | **$ 15,264.25** | **$ 54,878.41** |
| | | | | | |
| **Mass. DOR Adequate protection payment** | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 21,600.00 |
| **Net Income** | **$ 3,838.16** | **$ 8,329.00** | **$ 11,247.00** | **$ 9,864.25** | **$ 33,278.41** |
| **Ending Cash on Hand** | **$ 31,128.16** | **$ 39,457.16** | **$ 50,704.16** | **$ 60,568.41** | |