

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Sale, LLC<br><br>Debtor(s). | Chapter 11<br>23-10545-CJP |

## Proceeding Memorandum and Order

**MATTER:**
Hybrid Hearing on #96 Debtor's Emergency Motion to Voluntarily Dismiss Chapter 11 Case.

**Decision set forth more fully as follows:**
NO OBJECTIONS FILED OR STATED AT THE HEARING, THE MOTION IS GRANTED AND THE CASE IS HEREBY DISMISSED.

Dated: 10/19/2023

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge